MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

FILED

NOV 1 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MOORE AND<br>CALA REMICK,<br><br>Defendants. | No.CR11-0709-DLJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

On October 25, 2011, parties appeared before the court for the first Status Hearing in this matter. At that time the court continued the case until November 15, 2011 so that the discovery process could be commenced and counsel would have sufficient time to review the materials and confer with their clients. However, the court will be unavailable, in trial, on November 15. Moreover, discovery is still not complete and other non-severed co-defendants have yet to be joined, inasmuch as they have been in the process being writted, with due diligence, from state facilities and have yet to appear before the District Court. The parties therefore hereby stipulate and agree to continue the matter until November 29, 2011, and to exclusions of time under the

1  Speedy Trial Act, and that said exclusions of time are appropriate based on the defendant's need
2  for effective preparation of counsel.
3
4  SO STIPULATED:                          MELINDA HAAG
                                            United States Attorney
5
6  DATED: November 14, 2011                       /s/
                                            THOMAS M. O'CONNELL
7                                           Assistant United States Attorney
8
9  DATED: November 14, 2011                       /s/
                                            VICKI YOUNG
10                                          Counsel for Remick
11 DATED: November 14, 2011                       /s/
                                            THOMAS FERRITO
12                                          Counsel for Moore
13
14         Accordingly, for good cause shown, the Court HEREBY ORDERS that the matter is
15 continued until November 29, 2011. The Court further finds that based on the defendant's need
16 for effective preparation of counsel, the ends of justice served by granting the requested
17 continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to
18 grant the requested continuance would deny defense counsel reasonable time necessary for
19 effective preparation, taking into account the exercise of due diligence, and would result in a
20 miscarriage of justice. The Court therefore concludes that this exclusion of time should be made
21 under 18 U.S.C. §§ 3161(h)(3)(A), (6) and (7)(B)(iv).
22
23 SO ORDERED.
24
25 DATED: **NOV 14, 2011**              _____
                                          D. LOWELL JENSEN
26                                        United States District Judge
27
28