1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              <u>*E-FILED - 1/19/12*</u>

12              Plaintiff,                    CASE NO.: CR-11-00709-DLJ

13          v.                               **CLERK'S NOTICE OF CONTINUANCE**

14
      ROSA MARIA MARTINEZ,
15    DESIREE FLORES,
      JOSHUA MOORE, and
16    CALA REMICK,

17              Defendants.

18

19
            PLEASE TAKE NOTICE that the Sentencing Hearing in the above-entitled matter which
20
      was previously set for January 26, 2012, has been continued to **February 9, 2012 @ 9:00 a.m.**,
21
      before the Honorable D. Lowell Jensen.  Parties are to appear in courtroom #7, 4th floor of the U.S.
22
      Courthouse, 280 South First Street, San Jose, California.
23

24
      DATED:  <u>January 19, 2012</u>
25
                                             _____
26                                                JACKIE GARCIA
                                                Courtroom Deputy for
27                                             Honorable D. Lowell Jensen

28

1    Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28