1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636
5  Counsel for Cala Remick

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 11-00709 DLJ |
| Plaintiff, | ) STIPULATION RE CONTINUANCE |
| v. | ) OF STATUS DATE; [] ORDER |
| CALA REMICK, | ) |
| Defendant. | ) |

It is hereby stipulated between the defendant Cala Remick, by and through her attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Daniel Kaleba, that the status date of March 15, 2012, at 9:00 a.m. be continued to April 19, 2012, at 9:00 a.m. Cala Remick's status date, was set before the counsel for co-defendants Joshua Moore and Desiree Flores advised that they needed a continuance to April 19, 2012. The court has already excluded time to April 19, 2012, for co-defendant's Joshua Moore and Desiree Flores. Cala Remick wishes that her case be on the same litigation track as her co-defendants. Co-defendant Joshua Moore's case has been referred to the probation department for a criminal history calculation. Defense counsel is waiting to see what happens with Joshua Moore's matter in order to better evaluate case strategy.

STIPULATION RE CONTINUANCE;
[] ORDER

Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence. There has already been an exclusion of time to April 19, 2012, for co-defendants Joshua Moore and Desiree Flores, and Cala Remick has not been severed from them. 18 U.S.C. § 3161(h)(6).

Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence.

It is so stipulated.

Dated: March 5, 2012  Respectfully submitted,

 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Cala Remick


Dated: March 9, 2012  MELINDA HAAG
UNITED STATES ATTORNEY


 /s/  Daniel Kaleba
DANIEL KALEBA
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

# ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for March 15, 2012, is continued to April 19, 2012. This Court finds that the period from March 15, 2012, through and including April 19, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that the time to April 19, 2012 has already been excluded for co-defendants Joshua Moore and Desiree Flores and Cala Remick wishes that her case been on the same litigation track.as the co-defendants.  Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED:

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER