MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROSA MARIA MARTINEZ,<br><br>    Defendant. | No. CR 11-00620 DLJ<br>    CR 11-00709 DLJ<br><br>STIPULATION AND []<br>ORDER TO CONTINUE STATUS<br>APPEARANCE AND EXCLUDING TIME<br>FROM APRIL 19, 2012 TO MAY 31, 2012;<br>REFERRAL TO PROBATION OFFICE<br>FOR PRE-PLEA PRESENTENCE<br>CRIMINAL HISTORY ONLY REPORT |

    The defendant, ROSA MARIA MARTINEZ, represented by Bruce Funk, Esquire, and the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly request that the appearance set for April 19, 2012 be continued to May 31, 2012. The parties have reached an agreement in principle concerning a proposed resolution of the case. Both parties request the preparation of a Presentence Criminal History Only Report by the United States Probation Office to assist with evaluating the defendant's potential sentencing exposure under the United States Sentencing Guidelines. Consequently, the parties request this Court refer this matter to the Probation Office to prepare such a Report.

//

//

STIP. AND [] ORDER

The parties also jointly request an exclusion of time under the Speedy Trial Act between April 19, 2012 and May 31, 2012, for the completion of the pre-plea Presentence Criminal History Report, and to promote the continuity of counsel in the resolution of this matter..

IT IS SO STIPULATED.

Dated: April 9, 2012                /s/
BRUCE C. FUNK
Attorney for Defendant
ROSA MARTINEZ

Dated: April 9, 2012                /s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 9, 2012 and May 31, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 9, 2012 and May 31, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 9, 2012 and May 31, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS FURTHER ORDERED that this matter is referred to the United States Probation Office to prepare a Presentence Criminal History Only Report for the above named defendant, and the parties shall assist the Probation Office as necessary in the preparation of such a Report.

DATED: _____        _____
D. LOWELL JENSEN
United States District Judge

STIP. AND [] ORDER                -2-