1 | MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
2 | 55 River Street, Suite 100
Santa Cruz, CA 95060
3 | Tel: 831.458.0502
Fax:831.426.0159
4
5 | Attorney for Desiree Flores

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR11-- 00709-DLJ |
|---|---|
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND** |
| | ) **[] ORDER EXCLUDING** |
| | ) **TIME FROM APRIL 19, 2012 TO** |
| | ) **MAY 31, 2012 AND [PROPOSED]** |
| V. | ) **ORDER FOR MODIFIED** |
| | ) **PRESENTENCE INVESTIGATION** |
| | ) **REPORT ADDRESSING ONLY** |
| | ) **DEFENDANT'S CRIMINAL HISTORY** |
| DESIREE FLORES, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff United States of America, by and through their counsel Assistant United States Attorney,Daniel Kaleba, and defendant Desiree Flores, by and through her attorney Michelle D. Spencer, hereby stipulate and agree that the with the Court's approval, the case be continued from April 19, 2012 to May 31, 2012 for the purpose of conducting further investigation and attempting to reach a resolution in this case.

Flores-Order Re: Excluding Time & Modified PSR      - 1 -

Toward that end, the parties further stipulate and agree that the Court refer this case to the United States Probation Office for the preparation of a Modified Presentence Investigation Report that addresses only Ms. Flores' criminal history.

The parties further stipulate to an exclusion of time under the Speed Trial Act from April 19, 2012 through and including May 31, 2012 for effective preparation and continuity of counsel.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Date: April 17, 2012

_____/S/_____
DANIEL KALEBA
Assistant United States Attorney

Date: April 17, 2012            _____/MDS/_____
MICHELLE D. SPENCER
Attorney for Desiree Flores

///
//
/

# **[] ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court finds that failing to exclude the time from April 19, 2012 through May 31, 2012 would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 19, 2012 through May 31, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from April 19, 2012 through and including May 31, 2012 shall be excluded from computation under the Speedy Trial Act.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare a Modified Presentence Investigation Report that addresses only defendant Desiree Flores' criminal history.

Date:_____  _____
HON. D. LOWELL JENSEN
Senior United States District Judge

///
//
/