**THOMAS J. FERRITO**
 **Attorney At Law**
    **SBN 45133**
**101 Church Street, Suite 14**
**Los Gatos, California 95030-6928**
      **Telephone: (408) 354-6655**
      **Facsimile: (408) 354-6585**

Attorney for Defendant
      JOSHUA MOORE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | NO. CR-11-00709 DLJ |
| | ] | |
| Plaintiff, | ] | STIPULATION AND |
| | ] | [] ORDER |
| vs. | ] | RESCHEDULING |
| | ] | SENTENCING DATE |
| | ] | |
| **JOSHUA MOORES,** | ] | |
| | ] | |
| | ] | |
| Defendant. | ] | |

The United States and defendant JOSHUA MOORE respectfully request that defendant's sentencing date be rescheduled to August 23, 2012 in order to permit additional time for the United States Probation Officer (USPO) to conduct a pre-sentence interview and report.

In order to conduct the interview the USPO met with defense counsel on May 29 and June 4, 2012 at the Santa Clara County Jail where the defendant is housed, but on both occasions they were prevented from doing so due to the fact that the jail was locked down.

They have rescheduled the interview for June 19, 2012.

The United States Attorney, the USPO and defense counsel have all agreed that they can be available for sentencing on August 23, 2012.

Dated: June 6, 2012.

\_\_\_\_\_/s/_____
DANIEL KALEBA
Assistant United States Attorney


\_\_\_\_\_/s/_____
THOMAS J. FERRITO
Attorney for Defendant JOSHUA MOORE

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS the sentencing date for the defendant JOSHUA MOORE be, and hereby is, rescheduled for August 23, 2012 at 10:00 AM.

IT IS SO ORDERED.

Dated June __FJ__, 2012.

_____
LOWELL D. JENSEN
UNITED STATES DISTRICT COURT JUDGE