MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.515.5053

Attorney for Desiree Flores

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>V.<br><br>DESIREE FLORES,<br>　　　　　　Defendant. | Case No. CR11-00709-DLJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM SEPTEMBER 20, 2012 TO SEPTEMBER 27, 2012** |

Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Daniel Kaleba, and defendant Desiree Flores, by and through her attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing currently scheduled for September 20, 2012 should be continued to September 27, 2012 because Ms. Flores became ill and required surgery while in custody. As a result of her illness, she was not available for an interview with United States Probation.

IT IS SO STIPULATED.

                                            MELINDA HAAG
                                            United States Attorney

Date: July 25, 2012

                                            _____/S/_____
                                            DANIEL KALEBA
                                            Assistant United States Attorney

Date: July 25, 2012                          _____/MDS/_____
                                            MICHELLE D. SPENCER
                                            Attorney for DESIREE FLORES

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing shall be continued from September 20, 2012 to September 27, 2012 at 10:00 a.m.

Date:_____                          _____
                                            HON. D. LOWELL JENSEN
                                            Senior United States District Judge