1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060                          E-FILING AND PROPOSED
3  Tel: 831.458.0502
   Fax:831.515.5053
4

5  Attorney for Desiree Flores

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11

12 UNITED STATES OF AMERICA,          ) Case No. CR11-00709-DLJ
                        Plaintiff,    )
13                                    )
                                      )
14                                    ) **STIPULATION AND**
                                      ) **[] ORDER CONTINUING**
15 V.                                 ) **SENTENCING HEARING FROM**
                                      ) **SEPTEMBER 27, 2012 TO OCTOBER 18,**
16                                    ) **2012**
                                      )
17                                    )
   DESIREE FLORES,                    )
18                                    )
                                      )
19                        Defendant.  )
                                      )
20 _____)

21        Plaintiff United States of America, by and through their counsel Assistant United States

22 Attorney, Daniel Kaleba, and defendant Desiree Flores, by and through her counsel Michelle D.

23 Spencer, hereby stipulate and agree that, subject to the Court's approval, that the sentencing hearing

24 currently scheduled for September 27, 2012 should be continued to October 18, 2012.  Due to a

25 family emergency, Probation Officer Michelle Nero is unable to complete the final presentence report

26 in time for the September 27, 2012 sentencing hearing.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Date: September 14, 2012

_____/S/_____
DANIEL KALEBA
Assistant United States Attorney

Date: September 14, 2012

_____/MDS/_____
MICHELLE D. SPENCER
Attorney for DESIREE FLORES

[PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing shall be continued from September 27, 2012 to October 18, 2012 at 10:00 a.m.

Date: _____

_____
HON. D. LOWELL JENSEN
Senior United States District Judge