MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA MOORE, ) <br> ) <br> Defendant. ) <br> _____ ) | Nos. CR 11-00709 DLJ <br><br> STIPULATION AND [] <br> ORDER TO CONTINUE SENTENCING <br> DATE |

Defendant Joshua Moore is set to be sentenced on September 27, 2012. The government noticed Mr. Moore as a witness in the matter *United States v. Zenaida Perales*, whose trial was scheduled to start on Monday, September 24, 2012 but was recently continued. Mr. Moore's role in the trial may impact the sentencing recommendation of the government.

//

//

//

//

//

//

Consequently, the parties jointly request that the sentencing date of September 27, 2012 be continued to October 25, 2012, to ensure the Court has information relevant to sentencing.

Dated: September 21, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
DANIEL R. KALEBA
Assistant United States Attorney

Dated: September 21, 2012

_____/s/_____
THOMAS J. FERRITO
Attorney for Joshua Moore

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the September 27, 2012 sentencing of the defendant is hereby continued to October 25, 2012.

Dated: _____

HON. D. LOWELL JENSEN
United States District Judge