| | |
|---|---|
| 1 | VICKI H. YOUNG |
| | Law Offices of Vicki H. Young |
| 2 | 706 Cowper Street, Suite 205 |
| | Palo Alto, California 94301 |
| 3 | Telephone (415) 421-4347 |
| 4 | Attorney for Defendant Cala Remick |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00709 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | SENTENCING DATE; |
| | ) | |
| CALA REMICK, | ) | Date: Nov. 1, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: Hon. D. Lowell Jensen |
| | ) | |
| | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Daniel Kaleba and Cala Remick through her attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for Nov. 1, 2012, be continued to December 13, 2012, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young needs additional to prepare the sentencing memorandum.

USPO Michelle Nero has been advised of this request for a continuance and has no objection.

///

///

It is so stipulated.

Dated: Oct. 24, 2012         Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Cala Remick

Dated: Oct. 24, 2012         MELINDA HAAG
UNITED STATES ATTORNEY

/s/   Daniel Kaleba
DANIEL KALEBA
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Cala Remick which is currently set for Nov. 1, 2012, is continued to December 13, 2012, at 10:00 a.m.

IT IS SO ORDERED.

DATED: F̶E̶D̶I̶E̶F̶G

D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE